UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLEE BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>TRINITY WASHINGTON UNIVERSITY,<br><br>        Defendant. | Case No.: 1:22-cv-01612-JDB |

## MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendant Trinity Washington University moves under Federal Rule of Civil Procedure, Rule 12(b)(6), to dismiss plaintiff's Second Amended Complaint and states as follows:

1. This action arises out of plaintiff Brown's enrollment in Trinity's Master's Degree program to obtain a degree in Human Resources Administration.

2. As demonstrated below and in the accompanying Memorandum of Law, which is incorporated here by reference, plaintiff fails to allege facts that are sufficient to support her claims.

3. Specifically, plaintiff fails to allege facts sufficient to state a claim under the Americans with Disabilities Act, Rehabilitation Act and the D.C. Human Rights Act that (a) Trinity failed to accommodate her disability (Counts I and III) and (b) retaliated against her (Counts II and IV).

1

(a) Plaintiff does not allege any facts to support her claim that Trinity denied her a request for an accommodation. To the contrary, Trinity granted the only request that is alleged in the Complaint.

(b) Her retaliation claims also fail, because plaintiff does not allege that she engaged in protected activity, or suffered any adverse action.

5. Plaintiff's threadbare allegations fail to state a claim of race or gender discrimination under the DCHRA (Counts V and VI). Notably, the Second Amended Complaint contains no facts to support her conclusory allegations that but for her race and gender, she would have been treated better and more respectfully.

6. Plaintiff's remaining claims are largely predicated on the same facts as the discrimination and retaliation claims. But, caselaw tells us that derivative claims without any supporting factual allegations must fail.

(a) Plaintiff fails to state a breach of contract claim (Count VII), because she alleges no facts distinct from her failure to accommodate and retaliation claims amounting to a separate contractual obligation.

(b) For similar reasons, plaintiff fails to state a claim of breach of the implied covenant of good faith and fair dealing (Count VIII).

(c) Lastly, plaintiff fails to state a claim of negligence or negligent supervision (Counts IX and X); these claims can only be predicated on common law claims. And, plaintiff alleges no behavior amounting to dangerousness or incompetence, as to required to state a claim for negligent supervision.

For these reasons, and those stated in the accompanying Memorandum of Law, the Second Amended Complaint should be dismissed, with prejudice.

Date: September 22, 2022					Respectfully submitted,

							CROWELL & MORING LLP

							*/s/ Toni Michelle Jackson*
							Toni Michelle Jackson, D.C. Bar No. 453765
							Cori Schreider, MD0145
							1001 Pennsylvania Avenue, N.W.
							Washington, DC  20004
							(202) 624-2500
							tjackson@crowell.com
							cschreider@crowell.com

							*Attorneys for Trinity Washington University*


## REQUEST FOR HEARING

Defendant, Trinity Washington University, respectfully requests a hearing on its Motion to Dismiss Plaintiff's Second Amended Complaint.

				*/s/ Toni Michelle Jackson*
				Toni Michell Jackson

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2022, a copy of Trinity Washington University's Motion to Dismiss was served electronically through ECF on all counsel of record.

/s/ *Toni Michelle Jackson*
Toni Michelle Jackson