UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLEE BROWN, | ) | |
| | ) | Case No.: 1:22-CV-01612 (JDB) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| TRINITY WASHINGTON UNIVERSITY, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND**
**VOLUNTARY DISMISSAL**

Comes now Plaintiff, Charlee Brown, by and through undersigned counsel, and states as follows: Plaintiff hereby files this Notice of Settlement and Voluntary Dismissal with prejudice, and in support thereof states that there are no longer any issues in this matter between Plaintiff and Defendant to be determined by this Court. Plaintiff's claims are hereby voluntarily dismissed, with court costs and attorneys' fees to be paid by the party incurring same.

              Respectfully submitted,

              /s/ Pamela M. Keith
              Pamela M. Keith
              CENTER FOR EMPLOYMENT JUSTICE
              650 Massachusetts Ave. NW
              Suite 600
              Washington, DC 20001
              Tel: (202) 800-0292
              pamkeith@centerforemploymentjustice.com
              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 5th day of February 2024, I served a copy of this Notice of Settlement and Voluntary Dismissal, on Defense Counsel of record via electronic filing:

Toni Jackson
CROWELL & MORING
1001 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 624-2723
tjackson@crowell.com
*Counsel for Defendant*

                /s/ *Pamela M. Keith*
                Pamela M. Keith